IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
Jul 23, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**STEVEN MORRIS**

Defendant.

CR NO: 1:26-mj-00070-EPG

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Steven Morris

Detained at: Fresno County Jail

Detainee is: a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
charging detainee with: Unlawful Firearms Dealing

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings

or b.) ☒ be retained in federal custody until final disposition of federal charges

***To appear before the Duty Magistrate Judge at 2:00 PM on Friday, July 24, 2026 for Initial Appearance.***

Signature: /s/ Brendan D. Daly

Printed Name & Phone No: Brendan D. Daly, (559) 388-1479

Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service or any Federal Agent for this district, is hereby ORDERED to produce the named detainee, as soon as practicable, for arraignment on the Complaint and prosecution in the above-captioned case in the Eastern District of California.

Dated: **Jul 23, 2026**

[signature]

HONORABLE ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

AKA(s): Steven Morris

Booking or CDC #: Booking Number 2621671

Facility Address:

Facility Phone:

Currently: Fresno County Jail

☒Male ☐Female

DOB: 04/15/1977

Race:

---

## RETURN OF SERVICE

Executed on: ______________________ ______________________

(signature)